1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11   LOUIS PICART,                          1:18-cv-00867-JLT (PC)

12               Plaintiff,

13        v.                                ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
14   M. BARRON,                             EASTERN DISTRICT OF CALIFORNIA

15               Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21   violations took place in San Joaquin County, which is part of the Sacramento Division of the

22   United States District Court for the Eastern District of California. Therefore, the complaint should

23   have been filed in the Sacramento Division.

24        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26   will be transferred to the Sacramento Division. This court will not rule on plaintiff's request to

27   proceed in forma pauperis.

28
                                           1

Good cause appearing, the Court **ORDERS**:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   __**June 27, 2018**__                    _____**/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE